JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SINGH,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JAFAM CORPORATION, et al.,<br><br>        Defendant(s). | CASE NO. EDCV 14-01276 RGK (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

On October 23, 2014, the Court issued an Order to Show Cause re Dismissal re Lack of Prosecution. A response by plaintiff was due not later than October 31, 2014. No response has been filed to date and therefore, the matter is hereby dismissed.

**IT IS SO ORDERED.**

DATED: 11·05·14

                                                            R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE